IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00785-WYD-CBS | Date: October 28, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                          *Counsel:*

ALICE E. SWANSON,                                   Mark Haynes
                                                    Joseph French

Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,                       Franz Hardy
                                                    Nicole Irby

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 02:22 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *[23] Motion to Conduct Discovery with Supporting Authority*. Argument and discussion regarding the motion.

**ORDERED:**    *[23] Motion to Conduct Discovery with Supporting Authority* is **DENIED** without prejudice. The court states this motion is premature.

The court suggests the Plaintiff send a red-lined version of the amended complaint they may file.

**ORDERED:**    On the court's own initiative, all pending deadlines in the case are STAYED pending a ruling on *[9] Motion to Dismiss*. Within 72 hours of a ruling, counsel shall contact Magistrate Judge Shaffer's chambers.

HEARING CONCLUDED.

**Court in recess: 03:14 p.m.**    Total time in court: 00:52
To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.