IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-00785-WYD-CBS

ALICE E. SWANSON,

 Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY;
BANK OF AMERICA CORPORATION a.k.a. BANK OF AMERICA,
BANK OF AMERICA BENEFIT PLAN,

 Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motion to Dismiss, filed on January 5, 2016, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Aetna Life Insurance Company; Bank of America Corporation a.k.a. Bank of America; and Bank of America Benefit Plan, and against Plaintiff, Alice E. Swanson, on Defendants' Motion to Dismiss.  It is further

ORDERED that plaintiff's amended complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 5th day of January, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*/s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk