IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-0785-WYD-CBS

ALICE E. SWANSON,

     Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on the Parties' Stipulated Motion to Withdraw (ECF No. 55), filed on February 25, 2016.  The Parties request the withdrawal with prejudice of Defendant's Motion for Attorney's Fees (ECF No. 40), and the withdrawal with prejudice of Plaintiff's Motion Pursuant to Rule 59 (ECF No. 42).   It is

     ORDERED that the motion to withdraw with prejudice (ECF No. 55) is **GRANTED**.   It is

     FURTHER ORDERED that Defendant's Motion for Attorney's Fees (ECF No. 40) is **DENIED as moot**.   It is

     FURTHER ORDERED that Plaintiff's Motion to Alter Judgment Pursuant to Rule 59 (ECF No. 42) is **DENIED as moot**.   Additionally, Plaintiff's Unopposed Motion for Extension of Time to File Response (ECF No. 47) is **DENIED as moot**.

     Dated:   February 26, 2016